**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **NICHOLAS ESPOSITO,** | : | |
| V. | : | **Civil Action No. 3:26-CV-01418-VAB** |
| **DIODONET VELEZ, ET AL.,** | : | **SEPTEMBER 29, 2026** |

**APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter my appearance as attorney for the Defendants, Diodonet Velez, Wanda Diodonet and Vincente Velez, in the above-captioned case.

Respectfully submitted,

THE DEFENDANTS

______ct11706______________

JOHN W. MILLS, ESQ.
Mills & Cahill, LLC
One Whitney Avenue
Suite 201
New Haven, CT 06510
Telephone: (203) 776-4500
Facsimile: (203) 773-1811
john.mills@millscahill.com
Federal Bar # ct 11706

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____ct11706___________
JOHN W. MILLS